IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AEROSPACE ENGINEERING SUPPORT CORP. d/b/a J&L INDUSTRIES,<br><br>Plaintiff,<br><br>EATON CORPORATION, EATON AEROSPACE LLC, and MISSION SYSTEMS DAVENPORT AAR INC f/k/a SARGENT FLETCHER, INC. and COBHAM MISSION SYSTEMS DAVENPORT AAR, INC.<br><br>Defendants. | Case No.: 2:22-cv-09317-JFW (PLA)<br><br>*[Hon. John F. Walter, Ctrm. 7A]*<br><br>[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

DATED: February 23, 2023

_____

PAUL L. ABRAMS

UNITED STATES MAGISTRATE JUDGE